```
                   UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
                        SOUTHERN DIVISION
```

JIMMIE ROACH                                                PETITIONER

VS.                                CIVIL ACTION NO. 1:13CV565TSL-JCG

THE STATE OF MISSISSIPPI AND
CHRISTOPHER P. EPPS, COMMISSIONER
OF THE MISSISSIPPI DEPARTMENT OF
CORRECTIONS
                                                           RESPONDENTS

## JUDGMENT

Having fully reviewed the report and recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this court, the court finds that the entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the respondent, and that this action is dismissed with prejudice.

SO ORDERED this 12th day of April, 2016.

                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE